JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Marie Pinto,<br><br>    Plaintiff,<br><br>  v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00585-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 14) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  March 7, 2022 to May 6, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  As this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in

1

appeals council decisions and an increase in hearings at the administrative levels. Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts.  In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 60 cases in November and December 2021.

For the weeks of March 7, 2022 and March 14, 2022, Counsel for Plaintiff has 13 merit briefs, and several letter briefs and reply briefs.  For the remainder of the month of March 2022, Counsel has over 11 additional merit briefs, in addition to reply briefs, and EAJA motions. For the month of April 2022, Counsel has over 20 merit briefs currently calendared, with that number expected to grow.

Furthermore, Counsel for the Plaintiff has a pre-planned major surgery the week of March 14, 2022.  Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.


Respectfully submitted,

Dated:       February 23, 2022    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

2

Dated: February 23, 2022

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: *<u>/s/ Patrick Snyder</u>*
Patrick Snyder
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on February 23, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including May 6, 2022, in which to file her motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 25, 2022**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE